**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Francis Pierre** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>)<br>**Winn Managed Properties, LLC, et al.** )<br>)<br>)<br>**Defendants.** ) | Case No.: 1:16-cv-00683 |

## ERRATA

The undersigned counsel respectfully corrects the representation appearing in his Motion to Dismiss [ECF No. 8]. Specifically, the undersigned counsel is representing the Defendants Winn Managed Properties, LLC and Southern Hills Limited Partnership and requests that the case be dismissed with respect to both Defendants.

Respectfully submitted,

**COLE, GOODSON & ASSOCIATES, LLC**

/s/ Timothy P. Cole
Timothy P. Cole, #464644
4350 East West Highway, Suite 1150
Bethesda, Maryland 20814
(240) 744-7220
*Attorney for Defendant Winn Managed Properties, LLC and Southern Hills L.P.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2016, I mailed a copy of the foregoing Answer via First Class Mail, postage pre-paid to:

Francis Pierre
4201 4th St. SE #5
Washington, DC 20032

Tammy A. Holloway, Esquire
Special Assistant U.S. Attorney Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

                                                /s/ Timothy P. Cole
                                                Timothy P. Cole, #464644