# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Francis Pierre,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No. 16-0683-CKK** |
| **Winn Managed Properties, LLC** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant HUD's Motion to Dismiss [Dkt. 7] is **GRANTED**; it is further

**ORDERED** that the Property Management Defendants' Motion to Dismiss for Failure to State a Claim for Which Relief Can be Granted [Dkt. 8] is **GRANTED**; and it is further

**ORDERED** that the complaint is **DISMISSED** without prejudice, and this case is closed.

This is a final appealable Order.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATED:   December 14, 2016